FILED
MAY 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Bishop Gupngo Fitzgerald Corres
(Name of Plaintiff)    (Inmate Number)

Department of Corrections
1181 Paddock Road Smyrna Delaware 19977
(Complete Address with zip code)

(2) State of Delaware
(Name of Plaintiff)    (Inmate Number)

120 West Water Street
Dover DE 19901
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

Department of Correctional
vs.

(1) State of Delaware
(2) Attorney General Officer [redacted] Esq
102 West Water Street Dover DE 19901
(3) State Police Troop 3
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

_____ (Case Number)
(to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

District Keep Dismiss The Petition Because The to Paper were was Not to Proper File)

Suining The State of Delaware

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • • Yes  • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? I took the First Step By Putting in A Postconviction Rule Dismiss And A Motion A Sentencing Modification

2. What was the result? Dismiss on All Motion did not want to here and keeping some on in the state System

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Guangd Correa

Employed as N/A at _____

Mailing address with zip code: Department of Correction 1181 Paddock Road Smyrna Del 19977

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

**IV. STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Guongo F. Correa, Correa was Arrest By the Delaware State Police Troop 3

CHarge SHoplifting Sussex Court By The Delaware State Police Georgetown Del A/K/A.

Troop 3 came to Guongo Fitzgerald Correa Apt 3 at 8990 Canterbury Apt 3 Came to the Door, Correa open the Door, Immitok the State Police made Correa get on His flood Face down, Correa was trying to Identify Him self as Guongo F. Correa, But instead they was

2. looking for David E. Jones. Jones Has Been Use the Guongo Correa Name Cirmanal Impersonation, ① False Arrest By the State of Delaware! ② On Another addent the Department of

FAlse Inprisonment under A/K/A DAivd E Jones

Correctional Has took Guongo F. Correa to Sussex County Superior Court For a shop Lifting Charge A/K/A As of David E Jones.) Yes Correa was Arrested For mor Charges

3. ③ United State Federal Brown of Investigate Cirmanale

Cirmanal Impersonent 50,000⁰⁰

They did they Completed Invasigate and did Remove His List of Alias and Remover the List of Charges was Remover From Guongo Correa Cirmanal History Record

V. RELIEF  the Whole Cirmanale History Record was violated

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the State of Delaware to pay for Pain and Suffing

Pain and Suffing

By Been Incercanated un A/K/A Mistake Identity Time for Lost my Emyopurment and Lost my Home And I want my Religion Name that Petition was Dismiss Said Correa the Use (1/ Alias) now the US Department of Justice Removes His List of Alias

Unites States Constitution Right was Violate by the State of Delaware

Amendment 1
Amendment IV
Amendment XIV

This is pre-judicel Lack of Communication

2. Correa was trying get done with His Probation Probation Continueing To use. ALL term of Condition Are Femiposed, Correa Been in the System 35 year In THE Prison. THE State of Delaware Tack THE Abress By Looking At Correa Cirmol History History was violated. By the State of Delowore /

3. Their they was Two People charges and A list of Alins on one Person Cirmanal History Record And that what the State of Delow— look at your Ciromanl History Record Just to keep some one in they System)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2_____.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



I/M George Torres
SBI# 00140807   UNIT C Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$01.51 — MAY 15 2008 — MAILED FROM ZIP CODE 19977

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N King Street Lock Box 18
Wilm, Del, 19801

What Violated Correo VOP Sentecins, is when the Attoney Geaual pull up you Cirmanal History Records, This what Violated Coraeo probotion i's in Correo Case

You Cirmmme History Record

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED, OR FOR THE CONTENTS OF THE LETTER