8

CA 08-294 JJF

To Clerk of the District Court       08 294 JJF
date 6/6/08                          Action Now
From Guonge Correa
SB: 00180807

Re Correa is Responding to you with the ① Copy of his trust fund Account statement with any Certified Copy of institutional equiuvulent. with attachment, the Six month Period

I need to find out what is this case for: an Affidavit to Completed his Proceed in Formo Pauperis. The Department of Correction has take all my Bucks off the Book. Why I don't know why! I don't have Any money at all



FILED
JUN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Guango Fitzgerald Conner
180807
Delaware Correctional Center
1181 Paddock Road
Smyrna De 19977



Office of the Clerk
United States District Court
844 N King Street Lock box 18
Wilm) Delaware 19801

Signed Guango Conner

This letter was sent by an Inmate
who is in State Prison the states is not
Responsible for Debts incurred or
for the content of the letter

Misuses the Department of Connecticut it
Still not Credit 85 days Need to Be credit