Date Printed: 5/28/2008

# Individual Statement
## From November 2007 to April 2008

Page 2 of 3

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $29.59 |
|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | Ending Month Balance: | $0.00 |

Current Location: C    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $0.40 | 550628 | | 12/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.40) | $0.00 | ($0.01) | $0.00 | 550842 | | 1/5/08 | |
| Mail | 2/4/2008 | $65.00 | $0.00 | $0.00 | $65.00 | 551347 | 6230 | 1/10/08 | C KOWICZ |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.41) | $65.00 | 552225 | | 1/10/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.41) | $65.00 | 552330 | | 1/15/08 | |
| Supplies-MailPosta | 2/6/2008 | $0.00 | $0.00 | ($3.98) | $65.00 | 552406 | | INDIGENT 2/4/08 | |
| Mail | 2/8/2008 | $16.15 | $0.00 | $0.00 | $81.15 | 553897 | 145498 | 1/10/08 | 1ST NAT BANK OF WY |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $80.74 | 554217 | | 1/10/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $80.33 | 554252 | | 1/15/08 | |
| Supplies-MailPosta | 2/8/2008 | ($3.98) | $0.00 | $0.00 | $76.35 | 554273 | | INDIGENT 2/4/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.01) | $0.00 | $0.00 | $76.34 | 554288 | | 1/5/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $75.93 | 554290 | | 1/5/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $75.52 | 554289 | | 1/10/08 | |
| Canteen | 2/13/2008 | ($39.07) | $0.00 | $0.00 | $36.45 | 556068 | | | |
| Canteen | 2/20/2008 | ($36.33) | $0.00 | $0.00 | $0.12 | 559126 | | | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 559424 | | 2/8/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 560176 | | 1/20/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 560284 | | 1/29/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.97) | $0.12 | 563006 | | 2/24/08 | |
| Supplies-MailPosta | 2/28/2008 | ($0.12) | $0.00 | ($0.29) | $0.00 | 563007 | | 2/24/08 | |
| Medical | 3/4/2008 | $0.00 | ($10.00) | $0.00 | $0.00 | 565548 | | 2/8/08 | |
| Medical | 3/7/2008 | $0.00 | $0.00 | $0.00 | $0.00 | 567574 | 200726901122 | 2/28/08 | D CORREA |
| Mail | 3/12/2008 | $10.00 | $0.00 | $0.00 | $10.00 | 568839 | | | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($3.62) | $10.00 | 569525 | | INDIGENT SUPPLIES | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($2.50) | $10.00 | 570088 | | 2/18/08 | |
| Medical | 3/13/2008 | ($10.00) | $0.00 | $0.00 | $0.00 | 570435 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.82) | $0.00 | 572906 | | 3/18/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580149 | | 3/10/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580217 | | 3/12/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($1.82) | $0.00 | 580234 | | 3/15/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.97) | $0.00 | 580235 | | 3/15/08 | |

CA 08-294 JJF

F I L E D
JUN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement
## From November 2007 to April 2008

Date Printed: 5/28/2008  
Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | Beginning Month Balance: | $29.59 |
| Current Location: | C | | | Comments: | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580242 | | 3/15/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580246 | | 3/11/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580292 | | 8/17/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 589022 | | 3/20/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 590008 | | 3/29/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 590060 | | 4/16/08 | |
| Supplies-MailPosta | 4/29/2008 | $0.00 | $0.00 | ($4.30) | $0.00 | 593850 | | 4/3/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 594884 | | 4/27/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 594960 | | 4/22/08 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Legal Hold: $0.00  
Total Amount Currently on Restitution Hold: $0.00  
Total Amount Currently on Other Hold: ($47.32)

## Individual Statement
### From November 2007 to April 2008

Date Printed: 5/28/2008

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | Beginning Month Balance: | $29.59 | |
| Current Location: | C | | | Comments: | Ending Month Balance: | $0.00 | |

Page 1 of 3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/7/2007 | ($29.43) | $0.00 | $0.00 | $0.16 | 510870 | | | |
| Mail | 11/8/2007 | $240.00 | $0.00 | $0.00 | $240.16 | 511767 | | | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | $240.16 | 512344 | | | |
| Release | 11/9/2007 | $0.00 | $0.00 | $0.00 | $240.16 | 512607 | 9337883332 | 10/24/07 | MAZOCK |
| Pay-To | 11/9/2007 | ($239.75) | $0.00 | $0.00 | $0.41 | 512621 | | CVOP | |
| Canteen | 11/14/2007 | $29.43 | $0.00 | $0.00 | $29.84 | 514109 | | REFUND | |
| Supplies-MailPosta | 11/15/2007 | $0.00 | $0.00 | ($0.41) | $29.84 | 514927 | | 10/27/07 | |
| Pay-To | 11/16/2007 | ($29.02) | $0.00 | $0.00 | $0.82 | 515166 | 22851 | CVOP | |
| Pay-To | 11/19/2007 | $29.02 | $0.00 | $0.00 | $29.84 | 515460 | | VOID CK #22851 | |
| Pay-To | 11/21/2007 | ($29.02) | $0.00 | $0.00 | $0.82 | 517556 | 22945 | CVOP | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $0.41 | 520920 | | 10/24/07 | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $0.00 | 520952 | | 10/27/07 | |
| Commitments | 12/5/2007 | $0.00 | $0.00 | $0.00 | $0.00 | 524039 | | | |
| Misc | 12/21/2007 | $250.00 | $0.00 | $0.00 | $250.00 | 531313 | 8514 | | UNK |
| Canteen | 12/26/2007 | ($204.62) | $0.00 | $0.00 | $45.38 | 532071 | | | |
| Canteen | 1/2/2008 | ($39.32) | $0.00 | $0.00 | $6.06 | 535294 | | | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | ($6.49) | $6.06 | 537424 | | 12/6/07 | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | ($1.48) | $6.06 | 537452 | | 12/16/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $6.06 | 538235 | | 12/30/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $6.06 | 538238 | | 12/28/07 | |
| Mail | 1/7/2008 | $100.00 | $0.00 | $0.00 | $106.06 | 538439 | 8519 | | 1 NAT BANK OF WYO |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $105.65 | 540852 | | 12/30/07 | |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $105.24 | 540855 | | 12/28/07 | |
| Supplies-MailPosta | 1/9/2008 | ($6.49) | $0.00 | $0.00 | $98.75 | 540928 | | 12/6/07 | |
| Supplies-MailPosta | 1/9/2008 | ($1.48) | $0.00 | $0.00 | $97.27 | 540954 | | 12/16/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.41) | $97.27 | 541519 | | 12/30/07 | |
| Canteen | 1/15/2008 | ($88.39) | $0.00 | $0.00 | $8.88 | 542843 | | | |
| Canteen | 1/22/2008 | ($8.07) | $0.00 | $0.00 | $0.81 | 544621 | | | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | $0.00 | $0.81 | 545967 | | 1/5/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.41) | $0.81 | 548094 | | 1/10/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.41) | $0.81 | 548095 | | 1/5/08 | |

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Guango Correa_  SBI#: _180807_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _May 28, 2008_

---

Attached are copies of your inmate account statement for the months of _November 1, 2007_ to _April 30, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Nov | 46.47 |
| Dec | 49.11 |
| Jan | 30.38 |
| Feb | 30.83 |
| March | .33 |
| April | 0 |

Average daily balances/6 months: _26.18_

Attachments
CC: File

_Stacy Shane_
5/28/08

_(signature)_
5/28/08