To Clerk
date 7/25/08
From George Cornish
SBI: 00180801

Re: I don't have any money on the Book the Department of Corrections has took all my money to pay on Find that they said I owe to the Court out of Superior kurt. Now I'm unable to Complete your Request at this time. this case Number 294 Entered on 6/10/2008 is that case still open Cornish v. State of Delaware vs Attorney General officer and State Police Troop 3 And the Department of Correctionst

Case 108 cv-00294-JJF, Document 7 File 06/16/2008 I'm Couse Confus on How many Claim do I have in your Court, Because it is to many difference Case number Comming to me.



FILED
JUL 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M George Carter
SBI# 00180687   UNIT C Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

In formity How many case is open in my name?

Office of the Clerk
United State District Court
844 N King Street Lock box 18
Wilm Del 19801