To Clerk of the District Court
date 7/31/08
From Gulongo Correa
SBI 00180807

08-294

Re: update on Case Number 08-294-JJF
Correa has sent you the wrong last six month statement
This is the recent one for your file. Please Reopen my
Status now you is all up to date)



FILED
AUG - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

IM George Cierra
SBI# 498867 UNIT C
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N King Street lock box 18
Wilmr Del. 19801
New Sixmonth Statement inside.

Reopens my case.