# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

08-294

TO: _George Correa_   SBI#: _180807_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   _7/29/08_

**FILED**
AUG -6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re-scanned

Attached are copies of your inmate account statement for the months of _January 1, 2008_ to _June 30, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | 30.38 |
| Feb | 30.83 |
| Mar | .33 |
| Apr | .00 |
| May | .00 |
| June | .00 |

Average daily balances/6 months:  $10.26

Attachments
CC:  File

_Mercedes Vallin_
7/29/08

_Carol [signature]_
7/29/08

# Individual Statement
## From January 2008 to June 2008

Page 1 of 3

Date Printed: 7/29/2008

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $45.38 |
|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | Ending Month Balance: | $0.00 |
| Current Location: | C | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($39.32) | $0.00 | $0.00 | $6.06 | 535294 | | | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | ($6.49) | $6.06 | 537424 | | 12/6/07 | |
| Supplies-MailPosta | 1/3/2008 | $0.00 | $0.00 | ($1.48) | $6.06 | 537452 | | 12/16/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $6.06 | 538235 | | 12/30/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $6.06 | 538238 | | 12/28/07 | |
| Mail | 1/7/2008 | $100.00 | $0.00 | $0.00 | $106.06 | 538439 | 8519 | | 1 NAT BANK OF WYO |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $105.65 | 540852 | | 12/30/07 | |
| Supplies-MailPosta | 1/9/2008 | ($0.41) | $0.00 | $0.00 | $105.24 | 540855 | | 12/28/07 | |
| Supplies-MailPosta | 1/9/2008 | ($6.49) | $0.00 | $0.00 | $98.75 | 540928 | | 12/6/07 | |
| Supplies-MailPosta | 1/9/2008 | ($1.48) | $0.00 | $0.00 | $97.27 | 540954 | | 12/16/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.41) | $97.27 | 541519 | | 12/30/07 | |
| Canteen | 1/15/2008 | ($88.39) | $0.00 | $0.00 | $8.88 | 542843 | | | |
| Canteen | 1/22/2008 | ($8.07) | $0.00 | $0.00 | $0.81 | 544621 | | | |
| Supplies-MailPosta | 1/23/2008 | $0.00 | $0.00 | ($0.41) | $0.81 | 545967 | | 1/15/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.41) | $0.81 | 548094 | | 1/10/08 | |
| Supplies-MailPosta | 1/29/2008 | $0.00 | $0.00 | ($0.41) | $0.81 | 548095 | | 1/5/08 | |
| Supplies-MailPosta | 2/1/2008 | ($0.41) | $0.00 | $0.00 | $0.40 | 550628 | | 12/30/07 | |
| Supplies-MailPosta | 2/1/2008 | ($0.40) | $0.00 | ($0.01) | $0.00 | 550842 | | 1/5/08 | |
| Mail | 2/4/2008 | $65.00 | $0.00 | $0.00 | $65.00 | 551347 | 6230 | | C KOWICZ |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.41) | $65.00 | 552225 | | 1/10/08 | |
| Supplies-MailPosta | 2/5/2008 | $0.00 | $0.00 | ($0.41) | $65.00 | 552330 | | 1/15/08 | |
| Supplies-MailPosta | 2/6/2008 | $0.00 | $0.00 | ($3.98) | $65.00 | 552406 | | INDIGENT 2/4/08 | |
| Mail | 2/8/2008 | $16.15 | $0.00 | $0.00 | $81.15 | 553897 | 145498 | | 1ST NAT BANK OF WY |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $80.74 | 554217 | | 1/10/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $80.33 | 554252 | | 1/15/08 | |
| Supplies-MailPosta | 2/8/2008 | ($3.98) | $0.00 | $0.00 | $76.35 | 554273 | | INDIGENT 2/4/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.01) | $0.00 | $0.00 | $76.34 | 554288 | | 1/5/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $75.93 | 554289 | | 1/10/08 | |
| Supplies-MailPosta | 2/8/2008 | ($0.41) | $0.00 | $0.00 | $75.52 | 554290 | | 1/5/08 | |
| Supplies-MailPosta | 2/13/2008 | ($39.07) | $0.00 | $0.00 | $36.45 | 556068 | | | |
| Canteen | 2/20/2008 | ($36.33) | $0.00 | $0.00 | $0.12 | 559126 | | | |

# Individual Statement
## From January 2008 to June 2008

Date Printed: 7/29/2008

Page 2 of 3

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $45.38 |
|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | Ending Month Balance: | $0.00 |
| Current Location: | C | Comments: | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 559424 | | 2/8/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 560176 | | 1/20/08 | |
| Supplies-MailPosta | 2/21/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 560284 | | 1/29/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.41) | $0.12 | 563006 | | 2/24/08 | |
| Supplies-MailPosta | 2/28/2008 | $0.00 | $0.00 | ($0.97) | $0.12 | 563007 | | 2/24/08 | |
| Supplies-MailPosta | 3/4/2008 | ($0.12) | $0.00 | ($0.29) | $0.00 | 565548 | | 2/8/08 | |
| Medical | 3/7/2008 | $0.00 | ($0.10.00) | $0.00 | $0.00 | 567574 | | 2/28/08 | |
| Mail | 3/12/2008 | $10.00 | $0.00 | $0.00 | $10.00 | 568839 | 200726901122 | | D CORREA |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($3.62) | $10.00 | 569525 | | INDIGENT SUPPLIES | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($2.50) | $10.00 | 570088 | | 2/18/08 | |
| Medical | 3/13/2008 | ($10.00) | $0.00 | $0.00 | $0.00 | 570435 | | 2/28/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.82) | $0.00 | 572906 | | 3/18/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580149 | | 3/10/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580217 | | 3/12/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($1.82) | $0.00 | 580234 | | 3/15/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.97) | $0.00 | 580235 | | 3/15/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580242 | | 3/15/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580246 | | 3/11/08 | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 580292 | | 8/17/08 | |
| Supplies-MailPosta | 4/21/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 589022 | | 3/20/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 590008 | | 3/29/08 | |
| Supplies-MailPosta | 4/22/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 590060 | | 4/16/08 | |
| Supplies-MailPosta | 4/29/2008 | $0.00 | $0.00 | ($4.30) | $0.00 | 593850 | | 4/3/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 594884 | | 4/27/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.75) | $0.00 | 594960 | | 4/22/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($2.16) | $0.00 | 596900 | | 4/4/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 596903 | | 4/4/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($1.82) | $0.00 | 596917 | | 4/5/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 596939 | | 4/7/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 597053 | | 4/10 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.92) | $0.00 | 597077 | | 4/10/08 | |

# Individual Statement
## From January 2008 to June 2008

Date Printed: 7/29/2008

Page 3 of 3

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $45.38 |
|---|---|---|---|---|---|---|---|
| 00180807 | Correa | Guango | F | | | Ending Month Balance: | $0.00 |

Current Location: C    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($2.33) | $0.00 | 597105 | | 4/11/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 597206 | | 4/17/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($1.82) | $0.00 | 597268 | | 4/18/08 | |
| Supplies-MailPosta | 5/5/2008 | $0.00 | $0.00 | ($1.65) | $0.00 | 597269 | | 4/18/08 | |
| Supplies-MailPosta | 5/6/2008 | $0.00 | $0.00 | ($0.97) | $0.00 | 598154 | | 4/30/08 | |
| Supplies-MailPosta | 5/6/2008 | $0.00 | $0.00 | ($0.58) | $0.00 | 598162 | | 4/30/08 | |
| Supplies-MailPosta | 5/6/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 598192 | | 5/1/08 | |
| Supplies-MailPosta | 5/9/2008 | $0.00 | $0.00 | ($4.02) | $0.00 | 601059 | | INDIGENT 5/7/08 | |
| Supplies-MailPosta | 5/9/2008 | $0.00 | $0.00 | ($4.60) | $0.00 | 601419 | | 5/9/08 | |
| Supplies-MailPosta | 5/14/2008 | $0.00 | $0.00 | ($0.59) | $0.00 | 603332 | | 5/12/08 | |
| Supplies-MailPosta | 5/16/2008 | $0.00 | $0.00 | ($1.51) | $0.00 | 604542 | | 5/7/08 | |
| Supplies-MailPosta | 5/29/2008 | $0.00 | $0.00 | ($0.59) | $0.00 | 609832 | | 5/19/08 | |
| Supplies-MailPosta | 5/29/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 609833 | | 5/19/08 | |
| Supplies-MailPosta | 5/29/2008 | $0.00 | $0.00 | ($0.42) | $0.00 | 609956 | | 5/24/08 | |
| Supplies-MailPosta | 6/5/2008 | $0.00 | $0.00 | ($2.19) | $0.00 | 613682 | | 5/29/08 | |
| Supplies-MailPosta | 6/5/2008 | $0.00 | $0.00 | ($0.42) | $0.00 | 613754 | | 5/28/08 | |
| Supplies-MailPosta | 6/5/2008 | $0.00 | $0.00 | ($0.76) | $0.00 | 613804 | | 5/1/08 | |
| Supplies-MailPosta | 6/9/2008 | $0.00 | $0.00 | ($0.42) | $0.00 | 615204 | | 6/6/08 | |

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($66.68)