IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUANGO FITZGERALD CORREA, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 08-294-JJF |
| STATE OF DELAWARE, et al., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Plaintiff Guango Fitzgerald Correa filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed without prepayment of fees, and on June 16, 2008, entered an Order requiring Plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 7);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, IT IS HEREBY ORDERED that the Complaint is **DISMISSED WITHOUT PREJUDICE**.

_____8-13-08_____          _____[signature]_____
       DATE                 UNITED STATES DISTRICT JUDGE